Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel VII

| | | |
|---|---|---|
| MARIELYS MELÉNDEZ LLINAS<br><br>Recurrida<br><br>v.<br><br>OSVALDO VILLEGAS MARTÍNEZ<br><br>Peticionario | KLCE202400235 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm. SJ2022RF00908 (703)<br><br>Sobre: CUSTODIA |

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez y el Juez Pérez Ocasio.

Domínguez Irizarry, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de febrero de 2024.

Examinada y atendida la *Moción en Solicitud de Auxilio de Jurisdicción* presentada por el peticionario el 26 de febrero del año en curso, No Ha Lugar.

Por otro lado, conforme a la discreción que ostentamos para expedir el recurso de *certiorari*, declinamos ejercer la misma, por lo que denegamos la expedición del recurso presentado. Nuestra determinación se fundamenta en la ausencia de criterios que justifiquen nuestra intervención con una resolución interlocutoria dentro de un proceso de relaciones de familia. Esto, conforme a los criterios establecidos por la Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40, y su jurisprudencia interpretativa. *Rivera, et al. v. Arcos Dorados, et al.*, 2023 TSPR 65, 212 DPR ____ (2023); *800 Ponce de León v. AIG*, 205 DPR 163, 174 (2020).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente a las partes y a la Jueza Yahaida Zabala Galarza.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2024_____